O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| AIDA MANUKIAN,<br><br>           Plaintiff,<br><br>    v.<br><br>WOODWAY USA, INC. et al,<br><br>           Defendants. | Case No. 2:23-cv-09606-ODW (MAAx)<br><br>**FINAL JUDGMENT** |

     On October 5, 2023, Plaintiff Aida Manukian initiated this action against Defendant BBC Holdings, LLC ("BBC Holdings") and Woodway USA, Inc. ("Woodway") in Los Angeles County Superior Court. (ECF No. 1-1.) On November 13, 2023, Woodway removed this case to federal court. (ECF No. 1.) On February 23, 2024, Woodway filed a crossclaim against BBC Holdings. (ECF No. 28.) On May 8, 2024, BBC Holdings filed a crossclaim against Woodway. (ECF No. 33.) On February 14, 2025, Defendant BBC Holdings moved for summary judgment on all of Plaintiff's claims against it. (ECF No. 52.) The Court granted Defendant BBC Holdings' Motion in full. (ECF No. 100.) On April 28, 2025, pursuant to the parties' stipulation, the Court dismissed BBC Holdings's and Woodway's crossclaims. (ECF No. 112.) On May 9, 2025, pursuant to Manukian and Woodway's settlement, the Court dismissed Manukian's claims against Woodway. (ECF Nos. 82, 113.)

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for BBC Holdings on Manukian's claims asserted against it in the complaint;
2. Manukian shall take nothing on her claims against BBC Holdings;
3. The Court dismisses with prejudice Manukian's claims asserted in its complaint against Woodway;
4. The Court dismisses with prejudice Woodway's claims asserted in its cross-complaint against BBC Holdings;
5. The Court dismisses with prejudice BBC Holdings's claims asserted in its cross-complaint against Woodway; and
6. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 12, 2025

_____
         **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**